| | |
|---|---|
| 1 | Thiago Coelho, SBN 324715 |
| 2 | thiago@wilshirelawfirm.com<br>**WILSHIRE LAW FIRM** |
| 3 | 3055 Wilshire Blvd., 12th Floor<br>Los Angeles, California 90010 |
| 4 | Telephone: (213) 381-9988<br>Facsimile: (213) 381-9989 |
| 5 | *Attorneys for Plaintiff and Proposed Class* |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PAUL MERRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLY WEARSTLER, INC. d/b/a KELLY WEARSTLER, a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 5:20-cv-02500-JWH-KK<br><br>**NOTICE OF SETTLEMENT**<br><br>The Hon. John W. Holcomb<br><br>Complaint filed: December 1, 2020<br>Trial Date: None set |

1
NOTICE OF SETTLEMENT

Plaintiff Richard Paul Merrell (hereinafter "Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal of Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement.  Plaintiff reserves the right to reopen this case if a settlement, with approval of the class, is not finalized timely.

Dated: April 5, 2021                                         Respectfully Submitted,

                                                               /s/ *Thiago M. Coelho*
                                                               Thiago M. Coelho
                                                               **WILSHIRE LAW FIRM**
                                                               *Attorneys for Plaintiff and Proposed Class*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, April 5, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system per Civ. L.R. 5.4(d).

Dated: April 5, 2021             */s/ Thiago M. Coelho*
                                   Thiago M. Coelho