# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PAUL MERRELL, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>KELLY WEARSTLER, INC. d/b/a KELLY WEARSTLER, a California corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | Case No.:  5:20-cv-02500-JWH-KKx<br><br>Honorable Judge John W. Holcomb<br>Magistrate Judge Kenly Kya Kato<br><br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>**NOTE CHANGES MADE BY COURT**<br><br>Complaint Filed:　December 1, 2020<br>Trial Date:　　　　None Set |

On June 16, 2021, the parties filed a joint motion to dismiss this action with prejudice. Upon due consideration, good cause appearing, the Court **ORDERS** as follows:

    1.    The joint motion is **GRANTED**, and, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is **DISMISSED** in its entirety with prejudice. Each party shall bear its own costs and attorneys' fees.

    2.    The hearing and Status Conference set for June 24, 2021, are **VACATED**.

    3.    The Clerk of Court is instructed to terminate all pending motions and deadlines and to close the case.

**IT IS SO ORDERED.**

DATED: June 22, 2021        By: _____
                                                Hon. John W. Holcomb
                                                United States District Judge